| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>SEATTLE DIVISION |
| KENNETH OKINS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Civil No. C21-5547-SKV<br><br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Acting Commissioner of Social Security for further administrative proceedings.  On remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate Plaintiff's heart impairment(s) at step three, particularly whether Listing 4.02 is met or medically equaled, obtaining testimony from a medical expert to address the issue of equivalency, as warranted; in light of the above, reevaluate Plaintiff's maximum residual functional capacity and subjective complaints; and if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.  The

Administrative Law Judge will conduct a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 29th day of November, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3735
Fax: (206) 615-2531
justin.l.martin@ssa.gov